## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ETTI BITON,                          )
                                     )
            Plaintiff,               )
                                     )
v.                                   )    Case No. CIV-23-968-SLP
                                     )
JEFFREY JACKSON,                     )
                                     )
            Defendant.               )

### ORDER TO SHOW CAUSE

The Court is in receipt of a letter filed by Plaintiff, Etti Biton, pro se.  [Doc. No. 15].

Ms. Biton also filed, pro se, an Affidavit in Support of Damages Calculation Under Form

I-864 [Doc. No. 16].[1]  Ms. Biton is represented in this action by counsel, Ge'Andra

Johnson. The letter filed by Ms. Biton represents that Ms. Biton has asked counsel to

withdraw from representation, and that Ms. Biton intends to proceed pro se.  To date,

counsel has not moved to withdraw from representation.

Based on the representations in the letter, the Court must determine whether counsel

will continue to represent Ms. Biton.  *See* Okla. R. Prof. Conduct 1.16(a)(3).  Accordingly,

within seven (7) days of the date of this Order, counsel is directed to show cause why she

should not be deemed withdrawn.  Failure to show cause will result in counsel being

---

[1] The Court previously entered an Order [Doc. No. 14] requiring Plaintiff to provide supplemental information in support of her calculation of damages as a sum certain for purposes of her Motion for Default Judgment [Doc. No. 13].  Ordinarily, the Court would strike the pro se filing by Ms. Biton because she is represented by counsel.  However, because the filing appears to comply with the Court's prior Order, it will not strike the filing and will consider it as part of the record and as a supplement to Ms. Biton's Motion for Default Judgment.

deemed withdrawn, except for the limited purpose of assisting Ms. Biton in seeking recovery of attorney's fees (e.g., by providing information to support a fee motion).

IT IS SO ORDERED this 12th day of November, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE