### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ETTI BITON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-968-SLP |
| | ) |
| JEFFREY JACKSON, | ) |
| | ) |
| Defendant. | ) |

### **O R D E R**

Before the Court is the Response to Order to Show Cause [Doc. No. 19] filed by counsel for Plaintiff, Ge'Andra Johnson, in response to the Court's Order dated November 12, 2024 [Doc. No. 18]. The Response acknowledges Plaintiff Etti Biton filed a letter [Doc. No. 15], expressing her intent to proceed pro se and have counsel withdrawn from representation. Counsel represents she intends to discontinue representation, except for the limited purpose of assisting Ms. Biton in the recovery of attorney's fees, should Ms. Biton prevail in this action.[1]

The Court would ordinarily require counsel to separately file a motion to withdraw. However, given the unique posture of this case, including the language in the Order to Show Cause providing counsel would have been deemed withdrawn had she not responded, the Court will permit withdrawal based on the Response [Doc. No. 19].

---

[1] The Court mailed a copy of its Order to Show Cause to Ms. Biton. However, the Response does not reflect that it was mailed or otherwise provided to Ms. Biton. *See* LCvR83.5 (providing an attorney may not withdraw without "reasonable notice to the client and all other parties who have appeared in the case."). Accordingly, the Court will require counsel to mail a copy of her Response [Doc. No. 19].

IT IS THEREFORE ORDERED that counsel Ge'Andra Johnson is hereby withdrawn from representation, except for the limited purpose of assisting Ms. Biton in the recovery of attorney's fees in the event Ms. Biton prevails in this action. *See* LCvR83.5 ("Withdrawal of counsel may be granted subject to the conditions stated by the court. . .").

IT IS FURTHER ORDERED that, within fourteen (14) days of the date of this Order, counsel shall mail a copy of her Response [Doc. No. 19] to Ms. Biton and file a certificate of service reflecting the Response was mailed.

IT IS SO ORDERED this 22nd day of November, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE