# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ETTI BITON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-968-SLP |
| | ) |
| JEFFREY JACKSON, | ) |
| | ) |
| Defendant. | ) |

## DEFAULT JUDGMENT

Pursuant to the Clerk's Entry of Default [Doc. No. 12] and the Court's Order [Doc. No. 24] granting Plaintiff's Motion for Default Judgment [Doc. No. 13], the Court enters judgment in favor of Plaintiff and against Defendant as follows:

1.    Judgment is entered against Defendant Jeffrey Jackson for monetary damages in the amount of $54,375.50.

2.    Pursuant to the I-864 Affidavit of Support, Defendant shall make monthly payments to Plaintiff in the amount of 125 percent of the Federal Poverty Guidelines for a household of one (currently $1,568.75), less any income earned by Plaintiff (currently $200.00), until Plaintiff: (1) becomes a U.S. citizen; (2) works or receives credit for 40 qualifying quarters of coverage under the Social Security Act; (3) loses her status as a lawful permanent resident and departs the United States; (4) becomes the subject of a new affidavit of support; or (5) dies.  When updated Federal Poverty Guidelines are published each year, Defendant shall issue payment in accordance with the updated Guidelines

beginning in "the second month after the date the guidelines are published in the Federal Register." *See* 8 C.F.R. § 213a.1

3.      Defendant shall transmit monthly payments to Plaintiff by wire transfer or other electronic payment means on or before the fifth business day of each calendar month.

4.      Except for the $200.00 per month in VA benefits she currently receives, Plaintiff shall provide Defendant written notice of any and all income she receives before the first business day of the next month, so that Defendant may reduce the monthly payment by that amount. In the event Plaintiff ceases receiving the VA benefits, she shall provide Defendant written notice that she is no longer receiving VA benefits before the first business day of the next month, so that Defendant may include that amount in the monthly payment.

5.      Plaintiff (or an agent or representative of Plaintiff) shall provide Defendant written notice that his I-864 Affidavit of Support obligation has ended if she: (1) becomes a U.S. citizen; (2) works or receives credit for 40 qualifying quarters of coverage under the Social Security Act; (3) loses her status as a lawful permanent resident and departs the United States; (4) becomes the subject of a new affidavit of support; or (5) dies. Plaintiff shall do so within thirty (30) days of the terminating event.

ENTERED this 7th day of January, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE