**COURTROOM MINUTE SHEET**

DATE ___3-18-2025___

CIVIL NO. ___CIV-23-968___ –SLP

Etti Biton -vs- Jeffrey Jackson

COMMENCED ___2:30___   ENDED ___2:40___   TOTAL TIME ___10 min.___

PROCEEDINGS ___Hearing on Motion to Compel Discovery___

JUDGE SCOTT L. PALK      DEPUTY LORI GRAY      REPORTER TRACY THOMPSON

PLF COUNSEL ___Etti Biton, pro se___

DFT COUNSEL ___(no appearance)___

The Defendant does not appear.

Plaintiff advises the Court that she sent notice of today's hearing to the Defendant by registered mail, but the Defendant has not picked up the mail.

The Court GRANTS Plaintiff's Motion to Compel Discovery [Doc. No. 39].

The Defendant is ORDERED to provide the discovery sought by the Motion to Compel within 14 days of this date.

Plaintiff is DIRECTED to mail a copy of this minute sheet to the Defendant.