## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ETTI BITON,                                      )
                                                 )
      Plaintiff,                             )
                                                 )
v.                                               )    Case No. CIV-23-968-SLP
                                                 )
JEFFREY JACKSON,                                 )
                                                 )
      Defendant.                             )

## **O R D E R**

Before the Court is Plaintiff's Application for Indirect Contempt [Doc. No. 104]. As fully set forth in the Court's prior Order [Doc. No. 106], Plaintiff asserts that Defendant failed to produce certain financial documents as ordered by Magistrate Judge Amanda L. Maxfield in her Order setting a hearing on assets [Doc. No. 94]. In its July 25 Order [Doc. No. 106], the Court directed Defendant to either file an expedited response or purge the asserted contempt by producing the financial documents by August 8, 2025.

Counsel for Defendant filed a Response [Doc. No. 112] on August 8, 2025. Counsel represents that Defendant did not have the financial documents at the time they were due pursuant to the Magistrate Judge's Order, but that Defendant "has provided the documents to [defense counsel] via email as of the date of this response." Counsel requested seven additional days to review the documents and provide them to Plaintiff's counsel. *Id.* at 2. Counsel for Defendant did not state whether Plaintiff opposed the request for additional time, but Plaintiff did not timely file a reply within seven days. *See* LCvR7.1(h).

Accordingly, it is unclear whether or not the issue has been resolved, and the Court needs clarification from the parties.

IT IS THEREFORE ORDERED that Plaintiff is directed to file notice with the Court on or before Tuesday, September 2, 2025 stating whether the documents have been produced and whether any further relief is sought with respect to Plaintiff's Application for Indirect Contempt [Doc. No. 104].

IT IS SO ORDERED this 25th day of August, 2025.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE